JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN CHEN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FEDERAL BUREAU OF PRISONS ) <br> ) <br> Respondent. ) <br> _____) | No. EDCV 15-872-JGB (AJW) <br><br><br><br> JUDGMENT |

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: June 15, 2015

_____
Jesus G. Bernal
United States District Judge